UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGUEL ORTIZ GRIMAN,                                    Case No. 1:25-cv-01715

        Petitioner,                                           Hon. Robert J. Jonker
                                                         U.S. District Judge

v.
                                                         Hon. Sally J. Berens
KEVIN RAYCRAFT, Detroit Filed Office                     U.S. Magistrate Judge
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary
of the U.S. Department of Homeland Security;
and PAMELA BONDI, Attorney General of
the United States, in their official capacities,

        Respondents.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

Respectfully submitted,

Dated: December 19, 2025                    /s/ *Laura J. Smith*(with consent)
                                            LAURA J. SMITH
                                            Children's Legal Center
                                            1100 W Cermak Rd., Ste. 422
                                            Chicago, IL 60608
                                            (312) 722-6642
                                            Laura@childrenslegalcenterchicago.Org
                                            Attorneys for Petitioner

TIMOTHY VERHEY
United States Attorney

Dated: December 19, 2025

*/s/ Carolyn Almassian*
CAROLYN ALMASSIAN
Assistant United States Attorney
330 Ionia Ave. NW, Ste. 501
Grand Rapids, MI 49503
(616) 456-2404
Carolyn.Almassian@usdoj.gov
Attorney for Federal Respondents

**IT IS SO ORDERED:**

Dated:  December 30 , 2025

 /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Judge